ACCEPTED
01-14-00700-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 8:20:58 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00700-CR

| | |
|---|---|
| THERRELL DEWAYNE FELDER, | IN THE COURT OF APPEALS |
| APPELLANT | |
| V. | FIRST SUPREME JUDICIAL DISTRICT |
| THE STATE OF TEXAS, APPELLEE | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 8:20:58 AM
CHRISTOPHER A. PRINE
Clerk

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of FORGERY, and was sentenced on 7/18/2014. The trial case was styled as *State of Texas v. Therrell Dewayne Felder*, in the 122nd Judicial District Court of Galveston County, Texas, Cause No. 14-CR-0283. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 8/12/2015.

2. The present due date for filing the State's brief is 11/12/2015.

3. This is the State's second motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 11/30/2015.

5. The State requests this extension not for delay but because during the last thirty days, the undersigned attorney for the State:

1

- Has an active daily docket while working on the appeal.

- Selected a jury on November 9, 2015 in case number 15-CR-0262 in State v. Joshua Marshall. The defendant is charged with a first degree- Possession of a Controlled Substance with Intent to Deliver Heroin. He was found guilty on November 10, 2015. The punishment phase of the trial is to begin this morning.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until November 30, 2015.

Respectfully submitted,
JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

*/s/ T. Philip Washington*
T. PHILIP WASHINGTON
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24068406
tirrell.washington@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 250 words.

> _/s/ T. Philip Washington_
> T. PHILIP WASHINGTON
> Assistant Criminal District Attorney
> Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was emailed/ eFiled to Zach Maloney, Attorney for Appellant, at zachmaloney@gmail.com on November 12, 2015.

> _/s/ T. Philip Washington_
> T. PHILIP WASHINGTON
> Assistant Criminal District Attorney
> Galveston County, Texas

## CERTIFICATE OF CONFERENCE

The office of the undersigned attorney has contacted Zach Maloney, attorney for Appellant, on November 6, 2015, and confirmed that Zach Maloney is unopposed to the State's second motion to extend time to file State's brief.

> _/s/ T. Philip Washington_
> T. PHILIP WASHINGTON
> Assistant Criminal District Attorney
> Galveston County, Texas

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on November 12, 2015, appeared T. Philip Washington, who by me duly sworn did depose and state on oath the following:

"I, T. Philip Washington, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

T. PHILIP WASHINGTON
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on November 12, 2015.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4